

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2022

No. 04-22-00148-CV

Elvira **JONES**,
Appellant

v.

Jason Frank **JONES**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 21-05-0410-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

This is an accelerated appeal from an order appointing a receiver. The reporter's record was due March 4, 2022, and has not been filed. We ORDER the court reporter responsible for filing the reporter's record, Liche Cavazos, to file the reporter's record on or before **May 3, 2022**.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court